UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Amber A. Sears,                            Case No.: 14-47935-wsd
                                                     Chapter 7
             Debtor.                            Hon. Walter Shapero
_____/

**ORDER DENYING TRUSTEE'S AMENDED MOTION TO APPROVE COMPROMISE UNDER RULE 9019**

For the reasons stated in the contemporaneously entered opinion, the Trustee's Amended Motion to Approve Compromise Under Rule 9019 is denied.

Signed on January 04, 2016

                                              /s/ Walter Shapero
                                              Walter Shapero
                                              United States Bankruptcy Judge